IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Davis, Gwendolyn Fay | Case Number: 05 B 35613 |
| | Judge: Hollis, Pamela S |
| Printed: 10/29/08 | Filed: 9/6/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed:  October 10, 2008
Confirmed: November 28, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 10,321.30 | |
| Secured: | | 0.00 |
| Unsecured: | | 6,664.68 |
| Priority: | | 0.00 |
| Administrative: | | 2,694.00 |
| Trustee Fee: | | 541.32 |
| Other Funds: | | 421.30 |
| Totals: | 10,321.30 | 10,321.30 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 2,694.00 | 2,694.00 |
| 2. | HSBC Auto Finance | Unsecured | 3,140.33 | 3,140.33 |
| 3. | Peoples Energy Corp | Unsecured | 706.31 | 0.00 |
| 4. | Premier Bankcard | Unsecured | 127.10 | 200.72 |
| 5. | Premier Bankcard | Unsecured | 133.06 | 210.13 |
| 6. | Asset Acceptance | Unsecured | 190.76 | 301.25 |
| 7. | Asset Acceptance | Unsecured | 32.06 | 0.00 |
| 8. | Khalil And Navetta Abdullateff C/O Natha | Unsecured | 939.26 | 1,483.29 |
| 9. | RoundUp Funding LLC | Unsecured | 545.55 | 861.49 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 296.00 | 467.47 |
| 11. | Khalil And Navetta Abdullateff C/O Natha | Unsecured | | No Claim Filed |
| 12. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 13. | University of Illinois | Unsecured | | No Claim Filed |
| 14. | Michael Reese Hospital | Unsecured | | No Claim Filed |
| 15. | Nordstrom | Unsecured | | No Claim Filed |
| 16. | Carson Pirie Scott & Co | Unsecured | | No Claim Filed |
| 17. | Comcast | Unsecured | | No Claim Filed |
| 18. | Consolidated Public Services | Unsecured | | No Claim Filed |
| 19. | University of Illinois | Unsecured | | No Claim Filed |
| | | | $ 8,804.43 | $ 9,358.68 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Davis, Gwendolyn Fay

Printed: 10/29/08

Case Number:  05 B 35613
Judge:  Hollis, Pamela S
Filed:  9/6/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 134.94 |
| 5% | 44.42 |
| 4.8% | 79.19 |
| 5.4% | 178.21 |
| 6.5% | 104.56 |
|  | $ 541.32 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

